# EXHIBIT E

## Salem
### AR Analysis as of 3/31/2021

**BILLED AR**

| Hospital | Invoice Number | Document Date | Due Date | Original Amount | Open Amount | Months | Interest | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| Salem NJ | CFWH013857 | 4/1/2021 | 5/1/2021 | $ 52,597.18 | $ 13,149.29 | 11 | $ 1,446.42 | $ 14,595.71 |
| Salem NJ | CFWH013939 | 5/1/2021 | 5/31/2021 | $ 37,745.27 | $ 35,120.27 | 10 | $ 3,512.03 | $ 38,632.30 |
| Salem NJ | CFWH014079 | 6/1/2021 | 7/1/2021 | $ 61,796.59 | $ 61,748.32 | 9 | $ 5,557.35 | $ 67,305.67 |
| Salem NJ | CFWH014186 | 7/1/2021 | 7/31/2021 | $ 37,723.29 | $ 34,920.49 | 8 | $ 2,793.64 | $ 37,714.13 |
| Salem NJ | CFWH014187 | 7/1/2021 | 7/31/2021 | $ 45,430.00 | $ 45,430.00 | 8 | $ 3,634.40 | $ 49,064.40 |
| Salem NJ | CFWH014352 | 8/1/2021 | 8/31/2021 | $ 46,020.00 | $ 46,020.00 | 7 | $ 3,221.40 | $ 49,241.40 |
| Salem NJ | CFWH014351 | 8/1/2021 | 8/31/2021 | $ 6,473.49 | $ 6,473.49 | 7 | $ 453.14 | $ 6,926.63 |
| Salem NJ | CFWH014386 | 9/1/2021 | 10/1/2021 | $ 45,135.00 | $ 45,135.00 | 6 | $ 2,708.10 | $ 47,843.10 |
| Salem NJ | CFWH014472 | 9/1/2021 | 10/1/2021 | $ 5,435.20 | $ 5,435.20 | 6 | $ 326.11 | $ 5,761.31 |
| Salem NJ | CFWH014528 | 10/1/2021 | 10/31/2021 | $ 36,875.00 | $ 36,875.00 | 5 | $ 1,843.75 | $ 38,718.75 |
| Salem NJ | CFWH014526 | 10/1/2021 | 10/31/2021 | $ 302.60 | $ 302.60 | 5 | $ 15.13 | $ 317.73 |
| Salem NJ | CFWH014706 | 11/1/2021 | 12/1/2021 | $ 1,832.26 | $ 1,832.26 | 4 | $ 73.29 | $ 1,905.55 |
| Salem NJ | CFWH014648 | 11/1/2021 | 12/1/2021 | $ 33,040.00 | $ 33,040.00 | 4 | $ 1,321.60 | $ 34,361.60 |
| Salem NJ | CFWH014774 | 12/1/2021 | 12/31/2021 | $ 46,610.00 | $ 46,610.00 | 3 | $ 1,398.30 | $ 48,008.30 |
| Salem NJ | CFWH014877 | 1/1/2022 | 1/31/2022 | $ 39,530.00 | $ 39,530.00 | 2 | $ 790.60 | $ 40,320.60 |
| Salem NJ | CFWH014980 | 2/1/2022 | 3/3/2022 | $ 41,300.00 | $ 41,300.00 | 1 | $ 413.00 | $ 41,713.00 |
| Salem NJ | CFWH015099 | 3/1/2022 | 3/31/2022 | $ 38,940.00 | $ 38,940.00 | | | $ 38,940.00 |
| **Totals for Salem** | | | | | **$ 531,861.92** | | **$ 29,508.26** | **$ 561,370.18** |

**UNBILLED AR**  $ 20,945.00

**Total Due**  $ 582,315.18