Christopher M. Farella, Esq.
Steven T. Passarella, Jr., Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (Telephone)
(212) 878-8600 (Facsimile)
Attorneys for Plaintiff
Restorix Health, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESTORIX HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALEM COUNTY HOSPITAL CORPORATION d/b/a SALEM MEDICAL CENTER, <br><br> Defendants. | Civil Action No. 1:22-cv-02712 <br><br> **NOTICE OF MOTION FOR WRIT OF REPLEVIN** <br><br> Motion Date: June 21, 2022 |

**PLEASE TAKE NOTICE** that on June 21, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Restorix Health, Inc. ("Restorix" or "Plaintiff"), shall move before the Honorable Robert B. Kugler, United States District Court Judge, at the United States District Court for the District of New Jersey, located at the Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, for an Order of Possession and Writ of Replevin.

FIRM:56132965v1

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Restorix shall rely upon the Memorandum of Law, Affidavit of Patrick Seiler and corresponding Exhibits.

**PLEASE TAKE FURTHER NOTICE** that, a proposed form of Order is attached hereto, and oral argument is requested pursuant to L. Civ. R. 78.1(b), if this motion is opposed.

Respectfully submitted,

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Plaintiff
Restorix Health, Inc.

By: Christopher M. Farella

Dated:  May 17, 2022

FIRM:56132965v1