Christopher M. Farella, Esq.
Steven T. Passarella, Jr., Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (Telephone)
(212) 878-8600 (Facsimile)
Attorneys for Plaintiff
Restorix Health, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESTORIX HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALEM COUNTY HOSPITAL CORPORATION d/b/a SALEM MEDICAL CENTER, <br><br> Defendants. | Civil Action No. 1:22-cv-02712 <br><br><br> **ORDER OF REPLEVIN** |

THIS MATTER having been opened to the Court by Epstein Becker & Green, P.C., attorneys for the plaintiff, Restorix Health, Inc. ("Restorix" or "Plaintiff"), by way of a Motion seeking an Order of Possession and Writ of Replevin (the "Motion") pursuant to Rule 64 of the Federal Rules of Civil Procedure and New Jersey Court Rule 4:61-1 on notice to Defendant; and the Court having considered the Motion and any opposition thereto; and for good and sufficient cause shown;

IT IS on this ____ day of _____, 2022;

FIRM:56136425v1

**ORDERED** that Defendant Salem County Hospital Corporation ("Salem") shall immediately deliver to Plaintiff the following equipment: One (1) Sigma 34 Hyperbaric Chamber, Serial No. 320747; and it is

**FURTHER ORDERED** that a Writ of Replevin shall hereby issue, commanding the U.S. Marshal, the Sheriff of Salem County, or such other law enforcement officer as may be capable of executing on such Order to take possession of the equipment described herein, which is presently in the possession of the Defendant, with a principal place of business (and the location of the subject equipment) at 310 Woodstown Road, Salem, New Jersey 08079.

_____
Robert B. Kugler, U.S.D.J.

\_\_\_ OPPOSED
\_\_\_ UNOPPOSED

FIRM:56136425v1