Christopher M. Farella, Esq.
Steven T. Passarella, Jr., Esq.
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, New York 10022
(212) 351-4500 (Telephone)
(212) 878-8600 (Facsimile)
Attorneys for Plaintiff
Restorix Health, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESTORIX HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SALEM COUNTY HOSPITAL CORPORATION d/b/a SALEM MEDICAL CENTER, <br><br> Defendants. | Civil Action No. 1:22-cv-02712 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date I caused a true copy of Plaintiff Restorix Health Inc.'s Notice of Motion for Writ of Replevin, Proposed Order, Certification of Patrick Seiler, Memorandum of Law, and this Certificate of Service to be electronically filed with the Clerk of the United States District Court for the District of New Jersey and served upon all counsel of record via Electronic Case Filing (ECF) and personally served on Defendant, Salem County Hospital Corporation.

FIRM:56153940v1

                                    **EPSTEIN BECKER & GREEN, P.C.**
                                    Attorneys for Plaintiff
                                    Restorix Health, Inc.

                                  By: Christopher M. Farella

Dated:  May 17, 2022