
577790

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Plaintiff**
RESTORIX HEALTH, INC.

vs

**Defendant**
SALEM COUNTY HOSPITAL CORPORATION D/B/A SALEM MEDICAL CENTER

DOCKET NO. 1:22-CV-02712

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30
$ _____

Person to be served: SALEM COUNTY HOSPITAL
 CORPORATION D/B/A SALEM MEDICAL CENTER
 C/O LAURENCE SLOUS, ESQ., REGISTERED AGENT
Address:
2 BROAD STREET
4TH FLOOR
BLOOMFIELD NJ 07003

SERVED AT:
2 BROAD STREET
4TH FLOOR
BLOOMFIELD NJ 07003

Attorney:
 EPSTEIN BECKER & GREEN, P.C.
 875 THIRD AVENUE
 NEW YORK NY 10022

Papers Served:
SUMMONS; COMPLAINT; EXHIBITS; NOTICE OF MOTION FOR WRIT OF REPLEVIN

Service Data:

Served Successfully ✓   Not Served ____   Date: 05/25/22   Time: 12:40PM   Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

JOSH PORTER

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT FOR THE CORPORATION

Description of Person Accepting Service:

Age: 52   Height: 5'6   Weight: 195   Hair: WHITE   Sex: MALE   Race: CAUC

Non-Served:

 ( ) Defendant is unknown at the address furnished by the attorney
 ( ) All reasonable inquiries suggest defendant moved to an undetermined address
 ( ) No such street in municipality
 ( ) No response on: _____  Date _____ Time
        _____  Date _____ Time
        _____  Date _____ Time
 ( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
__27__ day of __May 2022__

_____
Notary Signature

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
Commission # 0002389514
My Commission Expires 09/17/2024

I, CESAR MEJIAS, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____  5/27/22
Signature of Process Server    Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   577790
File No.   091291-0004

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**RESTORIX HEALTH, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**SALEM COUNTY HOSPITAL CORPORATION,**
*Defendant*

CASE NUMBER: **1:22−CV−02712−RBK−AMD**

TO: *(Name and address of Defendant):*
SALEM COUNTY HOSPITAL CORPORATION d/b/a
SALEM MEDICAL CENTER
c/o Laurence Slous, Esq.
~~363 Bloomfield Ave. Suite 2C~~  3 Broad Street
~~Montclair, New Jersey 07042~~  Bloomfield NJ 07003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher M. Farella, Esq.
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



**ISSUED ON 2022−05−11 12:02:36**, Clerk
USDC NJD