**FAZZIO LAW OFFICES**
John P. Fazzio, Esq.
John J. Boulton, Esq.
5 Marine View Plaza, Ste. 218
Hoboken, NJ 07030
Tel: (201) 529-8024
Fax: (201) 529-8011
*Attorneys for Defendant, Salem County Hospital Corporation d/b/a Salem Medical Center*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RESTORIX HEALTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SALEM COUNTY HOSPITAL CORPORATION d/b/a SALEM MEDICAL CENTER,<br><br>Defendants. | Case No. 1:22-cv-02712-RBK-AMD<br><br>**CONSENT ORDER FOR EXTENSTION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made via consent for counsel for a Clerk's Order extending time within which defendant(s), Salem County Hospital Corporation d/b/a Salem Medical Center may answer, move, or otherwise reply to the Complaint and Motion for Writ of Replevin filed by Plaintiff, Restorix Health, Inc. herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on May 25, 2022;
3. Defendant's Time to Answer, Move, or otherwise Reply expires on June 27, 2022;
4. The Motion for Writ of Replevin is adjourned to August 1, 2022 and Defendant's Time to Oppose, Move, or otherwise Reply to Motion for Writ of Replevin expires on July 18, 2022.

**Epstein Becker & Green, P.C.**          **FAZZIO LAW OFFICES**

_____          /s/ John P. Fazzio
Christopher M. Farella, Esq.              John P. Fazzio, Esq.
Attorneys for Plaintiff                   Attorneys for Defendant

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply to the Complaint is extended to _____. Defendant(s) time to answer, move or otherwise reply to the Motion for Writ of Replevin is extended to _____.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk
By:_____
    Deputy Clerk